UNITED STATES DISTRICT COURT

DISTRICT OF OREGON


JOHN SORN LARSEN,                                       Case No. 2:19-cv-00980-MK

                Petitioner,                                                    ORDER
        v.

BRAD CAIN,

                Respondent.
_____

AIKEN, District Judge.

        Upon review of Respondent's Motion to Dismiss and the representations therein,

Respondent's unopposed motion (ECF No. 71) is GRANTED, and this action is DISMISSED as

moot.

IT IS SO ORDERED.

        DATED this __24th__ day of January, 2024.



                                _____/s/Ann Aiken_____
                                        ANN AIKEN
                                United States District Judge


1 - ORDER